Cunningham *v.* Kitchen, Appellant.

Argued October 21, 1935.

Before KELLER, P. J., BALD-
RIGE, STADTFELD, PARKER, JAMES and RHODES, JJ.

384

*John P. Vallilee,* of *Schrier & Vallilee,* for appellant.

*B. Nathaniel Richter,* for appellee.

PER CURIAM, November 13, 1935:

The judgment is affirmed on the opinion of President Judge CULVER. The statement in the opinion that "It was too late [for the defendant] to declare the forfeiture after plaintiff had tendered him the full amount due him in accordance with his demands," is sustained by the language used by Mr. Justice KEPHART in the case of White Co. to use, etc. v. Union Transfer Co., 270 Pa. 514, 517, 113 A. 432.